UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CLIFFORD HENRY, JR., *et al.*,

    Plaintiffs,

vs.

WAL-MART STORES EAST, LP, *et al*.,

    Defendants.

Case No. 3:19-cv-176

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY: (1) GRANTING PLAINTIFFS' AGREED MOTION FOR EXTENSION OF DEADLINES (DOC. 10); AND (2) AMENDING THE PRELIMINARY PRETRIAL CONFERENCE ORDER (DOC. 7)**

---

This civil case is before the Court on Plaintiffs' agreed motion for extension of deadlines. Doc. 10. For good cause shown, and absent objection, Plaintiffs' motion is **GRANTED**. The Court hereby amends the Preliminary Pretrial Conference Order (doc. 7) as follows:

| | |
|---|---|
| Primary expert disclosures: | **July 30, 2020** |
| Rebuttal expert disclosures: | **September 30, 2020** |
| Cutoff date for making request for admission: | **September 30, 2020** |
| Discovery deadline[1]: | **December 30, 2020** |
| Telephone conference with Judge Rose[2]: | **January 14, 2021 at 10:30 am** |

---

[1] The parties are reminded of their continuing duty to update their discovery responses pursuant to Fed. R. Civ. P. 26(e). This includes responses to initial disclosures pursuant to Rule 26(a), as well as interrogatories, requests for production, and requests for admission. Further, the discovery deadline means that all discovery must be concluded, as opposed to simply requested, by the discovery date. Further, absent approval by the Court, there will be no continuation of discovery beyond the discovery deadline. If counsel or the parties extend discovery by agreement, there will be no supervision or intervention by the Court, such as a Fed. R. Civ. P. 37 request for sanctions, without a showing of extreme circumstances. Parties who undertake discovery beyond the discovery deadline do so at the risk the Court may not permit its completion before trial.

[2] This conference is scheduled with Judge Rose to discuss possible alternative dispute resolution mechanisms.

2

| | |
|---|---|
| Summary judgment motion deadline: | **February 1, 2021** |
| Final pretrial conference in chambers: | **August 19, 2021 at 2:30 pm** |
| Jury trial: | **September 20, 2021 at 9:30 am** |

If the parties desire assistance, they are directed to file a motion requesting a status conference with the Court. Likewise, prior to filing motions to compel discovery, the parties must meet and confer to resolve their dispute and, thereafter, are directed to move for an informal discovery conference. The parties shall immediately inform the Court if they anticipate that discovery cannot be completed prior to the discovery deadline set forth above or if the case settles.

**IT IS SO ORDERED.**

Date:  May 5, 2020                              s/ Michael J. Newman
                                                Michael J. Newman
                                                United States Magistrate Judge